**MEMO ENDORSED**

> The conference is adjourned to September 7, 2022 at 4 p.m.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: July 21, 2022
> New York, New York

**Kennedys**

**Via ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

**Direct Dial** +1 646.625.3951

Sean.burns@kennedyslaw.com

July 20, 2022

Re:  **Martins v. Liberty Et al.**
Case No.: 1:22-CV-03758

Dear Judge Ramos:

This firm represents The Verandah Spa & Resort and Elite Islands Resorts Inc. in connection with the above-referenced action. Please be advised that all parties agreed to adjourn the conference scheduled for July 22, 2022 for an additional 30 days, a fully-executed stipulation is attached.

Respectfully submitted,

**Sean T. Burns**
Partner
for Kennedys

cc.: All Counselors on Record Via ECF

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

**Kennedys offices, associations and cooperations:**  Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Thailand, Turkey, United Arab Emirates, United States of America.

75499470.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY MARTINS, FRED MARTINS and
CHRISTINE MARTINS,                         Civil Action No.: 1:22-CV-3758

             Plaintiffs,                       **STIPULATION TO ADJOURN**
             -against-

LIBERTY TRAVEL INC., THE VERANDAH RESORT
& SPA and ELITE ISLAND RESORTS, INC.,

             Defendants.
-----------------------------------------------------------------------X

To:    The Clerk of the Court
         United State District Court
         Southern District of New York

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for plaintiffs, Anthony Martins, Fred Martins and Christine Martins ("Plaintiffs"), and defendants Liberty Travel, Inc and The Verandah Resort & Spa and Elite Island Resorts Inc. ("Defendants"), that the pre-motion conference scheduled for July 22, 2022, shall be adjourned 30 days. The Parties are discussing settlement.

**IT IS FURTHER STIPULATED AND AGREED**, that photocopies and/or facsimile copies of this stipulation shall be as valid as if signed in original.

Dated: New York, NY 10022
          July 20, 2022

| KENNEDYS CMK LLP | BURCHETTA & ASSOCIATES |
|---|---|
| _[signature]_ | /s/ James Burchetta |
| By: Sean T. Burns | By: James Burchetta, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| The Verandah Resort & Spa and The Fairweather Group, Inc. DBA Elite Island Resorts (i/h/s/a Elite Island Resorts, Inc.) | 100 Park Avenue, Ste. 1700 |
| 570 Lexington Avenue, 8th Floor | New York, New York 10017 |
| New York, New York 10022 | (917) 324-9000 |
| (212) 252-0004 | james@burchettalaw.com |
| Sean.Burns@kennedyslaw.com | |

MOUND COTTON WOLLAN & GREEN GRASS LLP

*/s/ William D. Wilson*
_____
By: William D. Wilson, Esq.
Attorneys for Defendant
Liberty Travel Inc.
30A Vreeland Road
Florham Park, New Jersey 07932
(973) 242-0600
wwilson@mountcotton.com